# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>(1) Jesus Miguel Angel GUTIERREZ-LOPEZ<br>(2) Lorenzo LEMUS-OROZCO<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   3:25-mj-00032 -WCM<br>)<br>)<br>)<br>) |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   September 1, 2024   to present   in the county of   Catawba   in the   Western   District of   North Carolina  , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 846, 841(b)(1)(A) | Conspiracy to Distribute Methamphetamine (500+ grams of a mixture and substance containing a detectable amount of methamphetamine; and 50 grams of actual methamphetamine) |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

/s/ Daniel Orders
*Complainant's signature*

Daniel Orders, ATF TFO
*Printed name and title*

Sworn in accordance with Rule 4.1.

W. Carleton Metcalf
United States Magistrate Judge

*Judge's signature*

Date:  02/13/2025

City and state:   Asheville, North Carolina          Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*